Pro Se 1 2016

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

JUL 30 2018   ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

18-CV- 1112 RSL

Mahamed ali Jama
77 South Washington
ave Seattle WA: 98104

Plaintiff(s),

v.

Chase erin
Noah · Fay
seattle Housing

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☐ No

I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Mahamed ali Jama
Street Address: 77 South Washington
City and County: Ave seattle
State and Zip Code: WA: 98104
Telephone Number: 206 · 856 - 8954

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.      Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: NOAH Fray
Job or Title (if known):
Street Address: 1811 apartment.
City and County: seatle WA.
State and Zip Code:
Telephone Number: I don't know her adres

Defendant No. 2

Name: Chase erin
Job or Title (if known):
Street Address: 1811 apartment
City and County: seatle Wn.
State and Zip Code:
Telephone Number: I don't know her adres

Defendant No. 3

Name: Seattle Housing
Job or Title (if known):
Street Address: I don't know there aderes
City and County:
State and Zip Code:
Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

    Name     _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*I wanna know if the system working or not I can't get place to stay in Seattle*

COMPLAINT FOR A CIVIL CASE - 3

1   B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2       1.   The Plaintiff(s)

3           a.   If the plaintiff is an individual.

4   The plaintiff (name) __Mahamed ahi Jama__ is a citizen of the

5   State of (name) __Seatle, WA__.

6           b.   If the plaintiff is a corporation.

7   The plaintiff, (name) __Let me__, is incorporated under

8   the laws of the State of (name) __Know__, is incorporated under

9   the laws of the State of (name) __if this__, and has its principal

10  place of business in the State of (name) __Sytem Working__

11  (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

12

13      2.   The Defendant(s)

14          a.   If the defendant is an individual.

15  The defendant, (name) _____, is a citizen of the

16  State of (name) _____. Or is a citizen of

17  (foreign nation) _____.

18          b.   If the defendant is a corporation.

19  The defendant, (name) _____, is incorporated under

20  the laws of the State of (name) _____, and has its principal

21  place of business in the State of (name) _____.

22  Or is incorporated under the laws of (foreign nation) _____,

23  and has its principal place of business in (name) _____.

24      (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

I Wana know
iF tha system Working
or not I know What thay did to me.

### III.  STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Make Sure
tha system Working
I Can't get place to stay.

### IV.  RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

### V.  CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

Pro Se 1 2016

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7       I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing: 7-30-218

11  Signature of Plaintiff: Mahamed ali Jama

12  Printed Name of Plaintiff: Mahamed ali Jama

13

14  Date of signing: 7-30-218

15  Signature of Plaintiff: Mahamed ali Jama

16  Printed Name of Plaintiff:

17

18  Date of signing: 7-30-218

19  Signature of Plaintiff: Mahamed ali Jama

20  Printed Name of Plaintiff: Mahamed ali Jama

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6