UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED ALI JAMA,

                Plaintiff,

    v.

CHASE ERIN, et al.,

                Defendants.

CASE NO. C18-1112-RSL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application (Dkt. 5) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

    DATED this 18th day of September, 2018.

                                             Mary Alice Theiler
                                             United States Magistrate Judge

ORDER
PAGE - 1