UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED ALI JAMA,

Plaintiff,

v.

CHASE ERIN, *et al.*,

Defendants.

NO. C18-1112RSL

ORDER OF DISMISSAL

On October 3, 2018, the Court directed plaintiff to file an amended complaint that clearly and concisely identifies the basis for this Court's jurisdiction and the acts of which each defendant is accused, how those acts violated plaintiff's legal rights, and the relief requested. Dkt. # 10. In response, plaintiff filed a two-page narrative asserting that he moved into an apartment in July 2015 and was immediately subjected to racial harassment by another resident. When plaintiff complained, an employee in the office, defendant Chase Erin, was not inclined to call the police for him. When she did so, plaintiff was taken into custody. After he was released, plaintiff returned to the apartment only to find that Ms. Erin and the building manager, defendant Noah Fay, would not let him stay there. Defendant Seattle Housing allegedly refused to provide housing "because this apartment I lost apartment because just calling me negaro go jail." Dkt. # 11 at 2. The documents provided with the narrative suggest that plaintiff was charged with

ORDER OF DISMISSAL - 1

Misdemeanor Assault, to which he pled guilty, and that Seattle Housing Authority has determined that he does not meet its minimum standards for "suitability." Dkt. # 11 at 4.

Plaintiff's submission does not raise a plausible inference that any of the named defendants could be compelled to provide housing in these circumstances or are otherwise liable to plaintiff. Defendants' conduct, as alleged, is consistent with lawful actions and does not state a claim upon which relief can be granted. Plaintiff's complaint is therefore DISMISSED.

DATED this 16th day of November, 2018.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2